90 P.3d 277

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 21, 2004**

| 25547 | Anzai v. Heirs or Assigns of Kamehameha I | Affirmed |

**May 26, 2004**

| 25212 | Ferreira v. Bittan | Affirmed |
| 25788 | Ka'u Agribusiness Co., Inc. v. Rabago | Affirmed |
| 25642 | Mauna Kea Agribusiness Co., Inc. v. Naluahi | Affirmed |

**May 27, 2004**

| 25556 | Doe, In re | Affirmed |
| 25626 | Vicente v. Life Care Center of Hilo | Affirmed |